In the Matter of the Application of ONE HUNDRED AND FORTY-NINTH STREET REALTY COMPANY, Respondent and Appellant, for a Peremptory Writ of Mandamus against WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, Appellant and Respondent.

*Matter of 149th Street Realty Co.* v. *Prendergast,* 179 App. Div. 786, affirmed.

(Argued January 9, 1918; decided January 29, 1918.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 15, 1917, which modified and affirmed as modified an order of Special Term granting a motion for a peremptory writ of mandamus to compel the comptroller of the city of New York to pay to the relator the amount of a change of grade award, together with interest at the rate of six per centum per annum from December 30, 1904, to the time of the payment of the award. The comptroller contended that no interest was payable. The Appellate Division modified the order so as to provide for the issuance of the writ requiring

the comptroller to pay the award, with interest from November 10, 1906, instead of from December 30, 1904.

*William P. Burr, Corporation Counsel* (*Charles . J. Nehrbas* and *Terence Farley* of counsel), for appellant.

*John M. Harrington* and *Leon Forst* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN, CARDOZO, POUND and ANDREWS, JJ.